FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
Bridgette Bradford,
Defendant.

Case No.: ED12-103-M

ORDER OF DETENTION
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ______________ District of Puerto Rico for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: nature of allegations, evidence presented (audiotapes, investigative reports, SW affidavit, $ transactions), insufficient bail resources, mental health history, extensive criminal history.

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

same

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/23/12

HONORABLE OSWALD PARADA
United States Magistrate Judge